IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DR. JAMES WARNER DINGMAN, PhD, | § | |
| TDCJ #1392494, DEFENDENT, | § | |
| | § | |
| Vs. | § | CAUSE No.: 1126750; 1126751; |
| | § | 1054943; 1078582. |
| STATE OF TEXAS , PROSECUTION. | § | |

OMNIBUS MOTION

COMES NOW DEFENDENT DR. DINGMAN, IN THE ABOVE STYLED CAUSES REQUESTING A **WRIT OF MANDAMUS; AND PRODUCTION OF DOCUMENTS** BY THE **HARRIS COUNTY SHERIFFS OFFICE** AS WELL AS THE **209TH AND 183RD DISTRICT COURTS FOR HARRIS COUNTY TEXAS**.

I. BACKGROUND

ON JUNE 18TH, 2021 I WROTE TO HARRIS COUNTY DISTRICT CLERK MARILYN BURGESS REQUESTING COPIES OF THE SHERIFFS DEPT.'S OFFENSE REPORTS AND INDICTMENTS FOR THE ABOVE STYLED CAUSES No.'S. MRS. BURGESS' OFFICE PRODUCED DOCUMENTS WITH A CRIMINAL SEARCH FROM THERE OFFICE THAT STATED THE POLCIES REPORTS No.'S BEING, **1. 051012G487 (CASE #1054943); 2. 060730A303 ( CASE #1078-582[HARRIS Co. FIRE MARSHALS OFFICE]); 3. 0739668 (CASE' # 11267-50 & 1126751)**. UPON FAMILY CONTACTING THE SHERIFFS DEPT. THEY HAVE REPEATEDLY STATED THAT NONE OF THE REPORT NO.S ARE CORRECT

ALL ATTEMTPS TO PROCURE THESE REPORTS HAVE BEEN BLOCKED FROM THE COUNTY SHERIFFS OFFICE AND THE DISTRICT COURT STATES THEY DO NOT HAVE THESE DOCUMTNETS.

II. CONCLUSION.

WHEREFORE DEFENDENT SEEKS RELIEF FROM THE U.S.D.C. TO FORCE THE SHERIFFS DEPT. AND OR COUNTY CLERKS OFFICE TO PRODUCE THESE DOCUMENTS SO THEY MAY BE PURCHESED BY THE DEFENDENT. WITH STATMENT OF THE REQUIRED FEE TO PAY FOR THE DOCUMENTS AND BE

GIVEN CONTACT INFO. TO THE PERSON AND OR OFFICE TO CONTACT TO RECIEVE THESE DOCUMENTS.

WHEREFORE , DUE TO THE HARRIS COUNTY DISTRICT COURTS REFUSAL TO ANSWER PREVIOUS MOTIONS CONCERNING THIS MATTER AND THE CRIMINAL APPEALS COURT OF TEXAS DEFENDENT SEEKS RELIEF FROM THE U.S.D.C. FOR THE EASTERN DISTRICT OF TEXAS WHERE DEFENDENT CURRENTLY RESIDES IN THE TEXAS DEPT. OF CRIMINAL JUSTICE , L.V. HIGHTOWER UNIT, DAYTON, TEXAS, COUNTY OF LIBERTY.

WHEREFORE DEFENDENT PRAYS THE COURT GRANT THIS MOTION.

RESPECTFULLY SUBMITTED.

x _____
DR. JAMES WARNER DINGMAN ST/CLERGY, PhD, DEFENDENT,
PRO SE, #1392494 902 F.M. 686, DAYTON, TEXAS 77535

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THE ABOVE FOREGOING DOCUMENT WAS SERVED BY PLACING SAME IN THE UNITED STATES POSTAL SERVICE MAIL, POSTAGE PRE-PAID, ON SEPT. 13TH, 2021 TO THE FOLLOWING:

USDC, CLERKS OFFICE
300 WILLOW ST.
BEAUMONT, TX 77701

x _____

JAMES ~~~~~~~ DINGMAN ST. CLERGY
#1392494
902 F.M. 686 /Hightower
DAYTON, TX 77535

(LEGAL MAIL)

CLERK, U.S. DISTRICT COURT
RECEIVED

SEP 16 2021

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

DISTRICT CLERKS OFFICE,
U.S.D.C. FOR THE EASTERN DISTRICT OF TEXAS
300 WILLOW ST.
BEAUMONT, TX 77701

NORTH HOUSTON TX 773
14 SEP 2021 PM 2 L



77701-221729