# U.S. District Court
# Eastern District of TEXAS [LIVE] (Beaumont)
# CIVIL DOCKET FOR CASE #: 1:21−cv−00477−MAC−ZJH

Dingman v. State Of Texas  
Assigned to: District Judge Marcia A. Crone  
Referred to: Magistrate Judge Zack Hawthorn  
Cause: 28:1331 Fed. Question  

Date Filed: 09/16/2021  
Jury Demand: None  
Nature of Suit: 540 Mandamus & Other  
Jurisdiction: Federal Question  

**Petitioner**

**Dr. James Warner Dingman**         represented by   **James Warner Dingman**
1392494
HIGHTOWER UNIT
902 FM 686
Dayton, TX 77535
PRO SE

V.

**Respondent**

**State Of Texas**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2021 | 1 | COMPLAINT (Omnibus Motion) requesting a Writ of Mandamus, against State Of Texas, filed by James Warner Dingman.(kcv, ) (Entered: 09/17/2021) |
| 09/16/2021 |   | CASE REFERRED to Magistrate Judge Zack Hawthorn. (kcv, ) (Entered: 09/17/2021) |
| 09/30/2021 | 2 | MEMORANDUM OPINION REGARDING VENUE. Signed by Magistrate Judge Zack Hawthorn on 9/30/21. (kcv, ) (Entered: 09/30/2021) |
| 09/30/2021 | 3 | ORDER OF TRANSFER. It is ordered that the Clerk of Court shall transfer this action to the Clerk of the United States District Court for the Southern District of Texas, Houston Division. Signed by Magistrate Judge Zack Hawthorn on 9/30/21. (kcv, ) (Entered: 09/30/2021) |
| 10/08/2021 | 4 | ACKNOWLEDGMENT OF RECEIPT by James Warner Dingman on 10/5/21 as to 3 Order, 2 Memorandum & Opinion. (kcv, ) (Entered: 10/08/2021) |